UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

Docket Clerk: _____

(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Antonia Vega Baron

_____
Plaintiff(s)

FILED by RAL D.C.

FEB 02 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

v.

Department of the treasury
financial management Service
Birmingham, al 35283-0794

_____
Defendant(s)

## COMPLAINT

I, Antonia Vega Baron plaintiff, in the above styled cause, sues defendant(s); Department of the treasury .

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: Antonia Vega Baron, I have been keeping in touch with the Coast Guard since this incident. Attached is the copy of proof. I have no financial well being, and neither does Mr. Diosdado Rondon, whom lives in texas as a school bus driver. We lost everything we had.

We would deeply appreciate the dismissal of the federal debt of $75,497.96 so that we may get back on our feet.

Thank you
Antonia Vega Baron + Mr. Diosdado Rondon

(Rev. 10/2002) Complaint

(Statement of Facts)

To whom it may concern:

I am a U.S. citizen born in P.R. Puerto Rico. I was married for 31 years, all of my 4 (four) children were borned inside of my marriage, all of them has proffesional career's in other words I gave them a good pattern for good citizen's. In the year 2000 I got separated due to my ex husband infidelity and his problem with alcohol. I had no other choice but to go and live with my mother, therefore in the year 2002 I finally got my divorced. It was very difficult for me to live on my own. Then I met this nice man his name is Diosdado Rondon and in despair of my situation for both decided on buying a 60' length yacht, we both worked very hard to keep this property, therefore we put it up for sale although it was our way of life. It was very difficult to find insurance due to it was a 1965 yacht. Unfortunately with this man from Germany on board very interested and very possible buyer, the accident happend on November 4, 2008, sinking in the waters of Brickell Bay area, me and my partner went along for a whole week looking for some company to take over this yacht, finally we found mr. Bruce Diving and Salvaging Company but later on he turned on his back and left the scene, we had no other choice but to authorizes the US Coast Guard and giving them the title and do what ever it has to be done. Me and my partner broke up. I lost With the loss, I have no concentration to deal with my job as a hairdresser, it has caused me to be mentally disturbed and no ways to visit a phy psychiatrist. I deeply appreciate your help your Honor. Thank you Antonia Vega Baron

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, _____

_____

[page body crossed out with large X]

Signed this __30__ day of __Jauary__, 20 _10_.

__Autouia Vega Parau__      __Antonia Vega Parson__
Printed or typed name of Filer      Signature of Filer

_____      E-mail address
Florida Bar Number

__786-344-9339__
Phone Number      Facsimile Number

__17565 SW 143 pl.__
Street Address

__Miami Fl. 33177__
City, State, Zip Code



**Bankruptcy and Modification Practice**
Practica de Bancarrota y Modificaciones

# 305.445.4855

Fax: 305-445.9483
1-888-FREE-799

198 NW 37th Avenue
Miami, Fl 33125

www.attorneycordero.com
www.abogadocordero.com



**U.S. Department of Homeland Security**

**United States Coast Guard**

Director
National Pollution Funds Center

4200 Wilson Blvd., Suite 1000
Arlington, VA 20598-7100
Staff Symbol: Cm
Phone: 202-493-6654
Toll-Free: 1-800-358-2897 Ext. 36654

16480
November 14, 2008

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
7007 2680 0002 9613 5826

Ms. Antonia Vega-Baron
1270 NE 105th Street #6
Miami Shores, FL 33138

RE: P/C LUCKY SIX (FL7137MN)
FPN: M08001

Dear Ma'am:

This is in response to your letter dated October 29, 2008 regarding the Federal removal costs associated with a pollution incident involving the P/C LUCKY SIX (FL7137MN) on or about Saturday, November 3, 2007 in Miami River, Miami, Florida.

Our records indicate that you are the last documented owner of the P/C LUCKY SIX (FL7137MN). If you have additional ownership documentation such as a Bill of Sale recorded with an official government agency or a court judgment that renders someone else as the owner on the date of the incident, please provide me a copy. A Bill of Sale showing a change of ownership or a favorable decision from a court hearing regarding ownership is the minimum needed before considering lifting you from liability. Therefore, until you provide documentation to prove the transfer of your ownership to another party you are liable.

As I previously informed, owners and operators of vessels that either pose a substantial threat of a discharge of oil or are the source of an oil discharge into navigable waters of the United States are liable for Federal removal costs and damages as specified in the oil Pollution Act of 1990 (33 USC 2701 et. seq.). The estimated costs that the U. S. Coast Guard incurred for response to this incident are not expected to exceed $60,000.00.

Unless I receive a reasonable offer towards resolution prior to January 1, 2009, I will proceed with cost recovery for the full amount. I can be reached toll free at 1-800-358-2897 ext. 36654. If you write me, please include the Federal Project Number (M08001) on all correspondence to ensure a timely resolution of your case. Thank you for your attention to this matter. I look forward to hearing from you.

Sincerely,

T. F. HUMMONS
Case Officer
U. S. Coast Guard

Antonia Vega Baron
1270 ne 105 street Apt 6
Miami Shores, Fl 33138
786.344.9339


November 9, 2007

US Coast Guard
Lieutenant Merchant


Dear Ms Merchant:


This is a letter of authorization from I, Antonia Vega Baron being the owner of this yacht, and Diosdado Rondon. This letter authorizes the US Coast Guard to remove our 60' 1969 Yacht (Lucky Six) that has sunk in the waters of Brickell Bay area and transport it to Bruce Diving and Salvaging Company.

The motors and other boat accessories will be sold. The boat will be disposed of and we will assume the garbage expenses. Please let me know if I can be of assistance during the transition. You can reach me at the above address and contact number if you have any questions or need any further information.


Sincerely,



Antonia Vega Baron

October 31, 2008

In response to your letter, firstly I apologize for the delay in my response. I am currently in the process of seeking an attorney for legal assistance in this matter. I admit there was a third party involved in the incident. His name is Francisco Iglesia. At the time of the accident, I asked Mr. Iglesia to navigate the vessel for a couple of minutes since nature was calling. It all occurred very quickly and against my will. I do not wish to cause any problems to my friend, Mr. Iglesia.

I would like to add that I am deeply upset with the Coast Guard since I feel they were of little aid at the time of the incident. Rather than coming to our aid, the guards remained still, with arms crossed, observing the chaos.

I did my best to save those who were on the boat and myself and did everything in my power to take the boat with me however, it was impossible.

If you have any further questions, please do not hesitate to contact me at

Yours sincerely,


Diosdado Rondon

January 22, 2009

Re: Federal Project No. M08001

Dear Officer Hummons,

Since receiving your letter dated the 14th of November, 2008, I've tried to contact you at your office number on numerous occasions however, have been unable to get thru. In the aforementioned letter, you requested a copy of the Bill of Sale. I would like to clarify that my ex-partner and I were in the process of selling the boat however, the sale did not finalize.

When the accident occurred, I was out of the country visiting my daughter in the UK. You will note I have enclosed copies of my boarding pass. As I explained in my previous letter, there was a third party involved at the time of the accident. His name is Miguel Iglesias and, to my understanding, he was navigating the boat at the time of the accident. Please note that at no time did I give authorization for Mr. Iglesias to do so and thus believe I should not be held responsible for what occurred on that day.

Enclosed you will also find a copy of the title which shows myself and my ex-partner, Diosdado Rondon, as the registered owners.

If you have any questions, I can be reached via mail or my mobile phone number 786-344-9339.

Once again, thank you.

Sincerely,

Antonia Vega-Baron

May 27, 2009

To Whom It May Concern:

I Antonia Vega am writing this letter to explain how much I have been affected by the boat incident. The boat was what I called home for five years. Since this incident occurred I have not been able to maintain any kind of employment. It has caused me to be mentally disturbed and because of this I have started Psychiatrist treatment. I am enclosing a copy of my Attorney's business card. Unfortunately I have no other choice but to file bankruptcy.

Sincerely,

Antonia Vega

January 4, 2010

To whom it may concern:

This note confirms that Ms. Antonia Vegas has been working for me as my cleaning lady and for this service I pay her $60.00 a week.

Hope this information could be of use.

Sincerely,

*[signature]*

Deardree Angulo
1314 SE 7th Court
Homestead, Florida 33033

January 4, 2010

To whom it may concern,

This letter is to confirm that I, Vanessa Latorre, will assist financially my mother, Antonia Vega, by providing her with $250 per month in order to help her cover her living expenses.

Should you have any questions, I can be reached at my mobile 786-970-9493.

Sincerely,

*Vanessa Latorre*

Vanessa Latorre



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**BIRMINGHAM, AL  35283-0794**

May 19, 2009

Antonia Vega-Baron
17565 SW 143rd Place,
Miami, FL  33177

FedDebt Case Identification:  2009148315B
Agency Debt Identification:  M08001-001-09

Dear Antonia Vega-Baron:

Your unpaid delinquent debt owed to the Department of Homeland Security, USCG National Pollution Fund Center, Oil Spill Cost Recovery, has been referred to the U.S. Department of the Treasury for collection.  According to the records of the Department of Homeland Security, you owe $58,982.78.

Collection action will continue unless you make payment, within ten (10) days from the date of this letter, in the amount of $75,497.96, which includes all applicable fees, interest, and penalties, as of today.

If you wish to avoid further collection action and additional charges, you must immediately pay your debt.  Your check or money order should be made payable to the U.S. Treasury-FMS.  To ensure proper credit to your account, please include the FedDebt Case Identification Number 2009148315B in the memo section of your payment.  Please note that we accept credit card payments via MasterCard, Visa, Discover, or American Express.  Please send your payment with the attached PAYMENT COUPON to:   U.S. Department of the Treasury - FMS
                                                    Debt Management Services
                                                    Post Office Box 70950
                                                    Charlotte, NC  28272-0950

You may also make an electronic payment via pay.gov:
            (https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=16531440).

Correspondence should be mailed to:  U.S. Department of the Treasury
                                     Debt Management Services
                                     Post Office Box 830794
                                     Birmingham, AL  35283-0794

If you are unable to pay your debt in full, please contact a Customer Service Representative toll free at (888) 826-3127, or the Telecommunications Device for the Deaf (TDD) at (866) 896-2947.

U. S. Department of the Treasury
Debt Management Services

DSBDL__003_  fdv1                    Detach Here              000000000462009148315B DL__0003118014 108
                                     PAYMENT COUPON

# 1965 Henry C. Grebe & Corp. Yacht / Party Boat





- Bottom paint 1 month old
- 60' Length x 16' Beam
- 5' Draft
- 2 state rooms, 1 master state room
- 3 heads, 1 shower
- Step down galley, Salon
- 2 Detroit GM engines
- 1,000 gallon water tank
- 2 holding tanks
- 700 gallon diesel tank

- Depth finder
- GPS
- Generator with new parts
- New battery charger
- New water pump
- Ice maker
- New carpet
- All wooden

### Please call:

Diosdado: 786•285•0707   or   Antonia: 786•344•9339

A05659

## STATE OF FLORIDA — LIEN SATISFACTION

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| FLZBA647E465 | 1965 | HCG | VS | 60' | FL7137MN | 90443713 |

Date of Issue 08/07/2007

**Lien Release** — Interest in the described vehicle is hereby released

By _____
Title _____
Date _____

**Registered Owner:**
ANTONIA VEGA-BARON OR
DIOSDADO RONDON
1270 NE 105 ST # 6
MIAMI SHORES  FL 33138

**Mail To:**
ANTONIA VEGA-BARON
1270 NE 105 ST # 6
MIAMI SHORES  FL 33138-2127

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

## CERTIFICATE OF TITLE

VOID VOID VOID VOID VOID

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| FLZBA647E465 | 1965 | HCG | VS | 60' | FL7137MN | 90443713 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | | | | | VESSEL | 05/12/2007 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| HENRY C GREBE & CO INC | WOOD | INBRD | 08/07/2007 |

**Lien Release** — Interest in the described vehicle is hereby released
By _____ Title _____ Date _____

DUPLICATE

**Registered Owner:**
ANTONIA VEGA-BARON OR
DIOSDADO RONDON
1270 NE 105 ST # 6
MIAMI SHORES  FL 33138

**1st Lienholder**
NONE

DIVISION OF MOTOR VEHICLES  —  TALLAHASSEE  FLORIDA  —  DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Carl A. Ford, Director

Control Number 85360654

Electra Theodorides-Bustle, Executive Director

---

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____
Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |_|_|_|,|_|_|_|.|x| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading

[ ] 1. reflects ACTUAL MILEAGE.   [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   [x] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____
Print Here: _____    Print Here: _____
Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____
Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____
Print Here: _____    Print Here: _____

NOTICE: $10.00 PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 12/05)   STATE OF FLORIDA

To whom it may            6/9/09
Concern:

    It is unjust that the Coast Guard and the Department of treasure has fined us with a Total of $75,497.96 Considering that our yacht had reached the edge of the dock without sinking. We immediately got in contact with the coast guard. The yacht only had approximately two feet of water at the time. The Coastguard arrived very quickly and they immediatly began to place the drainage pumps. We requested for a rope in order to prevent the yacht from sinking and one of the mariners asked the Captain to begin pumping out the water. The marine then asked us if we had insurance on the yacht which we answered no. At that time they refused to help us in any way. They wouldn't even allow us to secure the yacht with ropes to prevent it from sinking. We persistently asked for help seeing that the yacht was slowly sinking but they refused to help.
    It took over 45 minutes until the yacht completely sunk. We have four witnesses to prove this is true who were at the scene of it all.

I returned to the location for the next 3 {three} days. I photographed the scene and there was no petroleum spill. I made sure to check that there was no type of oil spill coming from our yacht which could cause damage to any other nearby boat.

The Coastguard notified me that we would be fined and the minimum due to the fact that there was no oil spill. I paid for this ticket which I have proof of payment as well. We later decided to voluntarily hand over the yacht and the title because we lacked sufficient funds to rescue what had been our home.

The yacht was later put afloat and still contained parts of good value. The yacht contained 3 {three} sealed motors in good condition at $35,000 each. The motor drive shaft had a value of $10,000 to 15,000 each. Each propeller had a value of $3,000.

It is unjust for them to fine us $75,497.96 dollars considering our yacht was worth much more than that. Yet they refused to assist us in any way.

I have a question.

d IS there any way of making an offer of commitment asking for 2848 form.

Thank you
Antonia Vega Baron
*Antonia Vega Baron*

P.S. this is To let you know how much I have been affected by the boat incident. The boat was what I called home for five years. Since this incident occurred I have not been able to maintain any kind of employment. It has caused me To be mentally disturbed and because of this I have started phychiaTrist TreaTment. I am have no other choice but To file bankrupTcy, and my partner Diosdado Tombor spoked To mr. Miguel Bella his phone 1-800-358-2897 ext. 36723

Sincerely
*Antonia Vega*